# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 25, 2025

Zachary Tripp
WEIL & GOTSHAL
Suite 600
2001 M Street, N.W.
Washington, DC  20036-5306

RE:  25-1390  In re: Exxon Mobil Corporation

Dear Counsel:

A petition for a writ has been filed under the above referenced number. Your case will be referred to a panel of judges, and you will be advised of the Court's ruling.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc:	Richard N. Bien
	Sarah Bradshaw
	Isaac Diel
	William F. Ford Jr.
	Hammons P. Hepner
	David J. Lender
	Rex Sharp
	William G. Wright
	Paige A. Wymore-Wynn

	District Court/Agency Case Number(s):  4:24-cv-00803-SRB

**Caption For Case Number: 25-1390**

In re: Exxon Mobil Corporation

        Petitioner

**Addresses For Case Participants: 25-1390**

Zachary Tripp
WEIL & GOTSHAL
Suite 600
2001 M Street, N.W.
Washington, DC  20036-5306

Richard N. Bien
LATHROP GPM LLP
Suite 2200
2345 Grand Boulevard
Kansas City, MO  64108-2612

Sarah Bradshaw
SHARP LAW, LLC
4820 W. 75th Street
Prairie Village, KS  66208

Isaac Diel
SHARP LAW, LLC
4820 W. 75th Street
Prairie Village, KS  66208

William F. Ford Jr.
LATHROP GPM LLP
Suite 2200
2345 Grand Boulevard
Kansas City, MO  64108-2612

Hammons P. Hepner
SHARP LAW, LLC
4820 W. 75th Street
Prairie Village, KS  66208

David J. Lender
WEIL & GOTSHAL
New York
Concourse Level
767 Fifth Avenue
New York, NY  10153-0000

Rex Sharp
SHARP LAW, LLC
4820 W. 75th Street
Prairie Village, KS  66208

William G. Wright
SHARP LAW, LLC
4820 W. 75th Street
Prairie Village, KS  66208

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000