# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1390

In re: Exxon Mobil Corporation

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:24-cv-00803-SRB)

---

**ORDER**

Counsel for the Respondents are directed to file a response to the petition for writ of mandamus. The response is due March 21, 2025.

March 07, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik