# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 01, 2025

Zachary Tripp
WEIL & GOTSHAL
Suite 600
2001 M Street, N.W.
Washington, DC  20036-5306

RE: 25-1390  In re: Exxon Mobil Corporation

Dear Counsel:

Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Susan E. Bindler
Clerk of Court

BNW

Enclosure(s)

cc: Richard N. Bien
 Sarah T. Bradshaw
 Isaac Diel
 William F. Ford Jr.
 Hammons P. Hepner
 David J. Lender
 Brody Sabor
 Rex Sharp
 William G. Wright
 Paige A. Wymore-Wynn

District Court/Agency Case Number(s):  4:24-cv-00803-SRB