# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1390

In re: Exxon Mobil Corporation

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:24-cv-00803-SRB)

---

**MANDATE**

In accordance with the judgment of April 1, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 01, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit